920

No. 01–5386. BERNARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5387. NABELEK v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–5388. BURKE v. IOWA UTILITY BOARD ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 01–5389. SMITH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 01–5390. BELCHER v. PEREZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–5391. VILLEGAS-GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5392. LASKODI v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5393. MENENDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5394. McCLINTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5395. FARRIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5397. FRAZIER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5398. HARDIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5399. GRZESKOWIAK v. HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 01–5400. LOPEZ-GARCIA, AKA ALONZO GARCIA, AKA VARGAS, AKA LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5401. KING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.